Mitchell J. Alster, Plaintiff-Appellant, v. Chicago Tastee-Freez Corporation, Alvin D. Rose, Defendants-Appellees.

Gen. No. 51,089.    (Abstract of Decision.)

First District, First Division.

October 31, 1966.

Rehearing denied November 16, 1966.

Mitchell J. Alster, pro se, of Chicago, appellant; Schwartz, Cooper, Kolb & Cohen, of Chicago, for appellees. Opinion by JUSTICE BURMAN. **Not to be published in full.**